CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
MAR 15 2010
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELVIN COREY MADDOX,<br><br>Plaintiff,<br><br>v.<br><br>GENE M. JOHNSON, ET AL.,<br><br>Defendants. | Case No. 7:09CV00179<br><br>**ORDER**<br><br>By: Glen E. Conrad<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for interlocutory injunctive relief (Dkt. No. 96) is **DENIED**.

ENTER: This 15th day of March, 2010.

_____
United States District Judge