IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MELVIN COREY MADDOX,

    Plaintiff,

v.

GENE M. JOHNSON, ET AL.,

    Defendants.

Case No. 7:09CV00179

**FINAL ORDER**

By: Glen E. Conrad
Chief United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendants' motions for summary judgment are **GRANTED** as to all plaintiff's claims under 42 U.S.C. § 1983; his claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and this civil action is stricken from the active docket of the court.

ENTER: This 29th day of July, 2010.

_____
Chief United States District Judge